FILED'12 DEC 14 10:56 USDC-ORM

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD    DIVISION

Delant-Cory; family of palmreton

_(Enter full name of plaintiff(s))_

Plaintiff(s),

v.

Eric Holder

Hillary Rodham Clinton

_(Enter full name of ALL defendant(s))_

Defendant(s).

Civil Case No. 1:12-CV-02254-PA
_(to be assigned by Clerk of the Court)_

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, Delant-Cory; family of palmreton, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare than I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint. 1933 Bankruptcy Public Law 1, 48 Stat C 1, 1913 Federal Reserved Act of 1913 Section 16

In support of this application, I answer the following questions:

1. Are you currently incarcerated?   ☐ Yes ☒ No

   If "Yes" state the place of your incarceration: _____

   **If "Yes" and you are filing a civil action, have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account showing transactions for the past six (6) months.**

2. Are you currently employed?   ☐ Yes ☒ No ☐ Self-employed

   a. If the answer is "Yes," state:

      Employer's name: NA

      Employer's address: NA

      Amount of take-home pay or wages: $ 0 per 0 _(specify pay period)_

b. If the answer is "No," state:

Name of last employer: __N/A__

Address of last employer: __0__

Date of last employment: __N/A__

Amount of take-home salary or wages: $__0__ per __0__ (specify pay period)

3. Is your spouse or significant-other employed? ☐ Yes ☒ No ☐ Self-employed ☐ Not applicable
If the answer is "Yes," state:

Employer's name: __N/A__

Employer's address: __N/A__

Amount of take-home pay or wages: $__0__ per __0__ (specify pay period)

4. In the past 12 months have you received any money from any of the following sources?

a. Business, profession or other self-employment ☐ Yes ☒ No

If "Yes," state: Amount received: $ _____

Amount expected in future: $ _____

b. Rent payments, interest, or dividends ☐ Yes ☒ No

If "Yes," state: Amount received: $ _____

Amount expected in future: $ _____

c. Pensions, annuities, or life insurance payments ☐ Yes ☒ No

If "Yes," state: Amount received: $ _____

Amount expected in future: $ _____

d. Disability or workers compensation payments ☐ Yes ☒ No

If "Yes," state: Amount received: $ _____

Amount expected in future: $ _____

e. Gifts or inheritances ☐ Yes ☒ No

If "Yes," state: Amount received: $ _____

Amount expected in future: $ _____

f. Any other sources ☐ Yes ☒ No

If "Yes," state: Source: __N/A__

Amount received: $ __0__

Amount expected in future: $ __0__

5.  Do you have cash or checking or savings accounts?   ☐ Yes ☒ No
    (including prison trust accounts)?

    If "Yes," state the total amount: _____

6.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes ☒ No

    If "Yes," describe the asset(s) and state the value of each asset listed.

    _____
    _____
    _____
    _____

7.  Do you have any other assets?   ☐ Yes ☒ No

    If "Yes," list the asset(s) and state the value of each asset listed.

    _____
    _____
    _____
    _____

8.  Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses?   ☐ Yes ☒ No

    If "Yes," describe and provide the amount of the monthly expense.

    _____
    _____
    _____
    _____
    _____
    _____

9.  List the persons (or, if under 18, initials only) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
    ____NA_____
    _____
    _____
    _____
    _____

10. Do you have any debts or financial obligations? LI Yes LI No
    If "Yes," describe the amounts owed and to whom they are payable.
    _NA_

If I am incarcerated, I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments toward the full filing fee of $350.00 for a prisoner civil rights complaint in accordance with 28 U.S.C. § 1915(b).

I declare to be true and not misleading that the above information is true and correct.

_12-14-2012_
DATE

_Delant-Cory; family of palmreton_
SIGNATURE OF APPLICANT

_Delant-Cory; family of palmreton_
PRINTED NAME OF APPLICANT